IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No.  05-3105 ) |
| STEVE'S TRUCKING, INC., | ) ) |
| Defendant. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause comes before the Court on Plaintiffs' Motion for Default Judgment or in the Alternative, an Accounting/Evidentiary Hearing (d/e 9). The Court, being fully advised in the premises, finds that Defendant, Steve's Trucking, Inc., has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

Plaintiffs' Motion asks that the Court to order an accounting of the amount owing from Defendant, Steve's Trucking, Inc., to the Plaintiffs for unpaid contributions for the period September 1, 2002, through April 30, 2005.

THEREFORE, the Plaintiffs' Motion for Default Judgment or in the Alternative, an Accounting/Evidentiary Hearing (d/e 9) is ALLOWED in part.  The Court orders Defendant, Steve's Trucking, Inc., to appear and produce contribution reporting forms, any and all payroll books and employee records pertinent to this action for the period September 1, 2002, through April 30, 2005, at the law offices of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, 62701, on February 6, 2006, at 1:30 p.m.  The Court denies, without prejudice, the Plaintiffs' request for a default judgment at this time.  The Plaintiffs may renew their request for judgment when they have completed the accounting and ascertained the amounts owed for unpaid contributions and other damages and costs.

IT IS THEREFORE SO ORDERED.

ENTER:   January 24, 2006.

      FOR THE COURT:

                                  s/ Jeanne E. Scott
                                  JEANNE E. SCOTT
                    UNITED STATES DISTRICT JUDGE